UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
JOHN DOE,                                                 :
                                                          :
                                    Plaintiff,            :
                                                          :        26 Civ. 2363 (JPC)
                   -v-                                    :
                                                          :        ORDER
KROLL RESTRUCTURING ADMINISTRATION,                       :
LLC,                                                      :
                                                          :
                                    Defendant.            :
                                                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff filed his Complaint under a pseudonym on March 23, 2026, invoking the Court's subject matter jurisdiction on the ground of diversity of citizenship under 28 U.S.C. § 1332. Dkt. 1 ("Complaint") ¶ 32. The Complaint, however, is deficient with respect to its jurisdictional allegations and Plaintiff's pseudonym.

The Complaint identifies Defendant as a limited liability company ("LLC"). *See id.* at 1. An LLC takes the citizenship of its members. *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000). A plaintiff therefore must specifically allege the identity and citizenship of each member of a defendant that is an LLC. *Trocchio v. Empanada Mama LLC*, No. 25 Civ. 5325 (VSB), 2025 WL 1827197, at *1 (S.D.N.Y. July 2, 2025); *U.S. Liab. Ins. Co. v. M Remodeling Corp.*, 444 F. Supp. 3d 408, 410 (E.D.N.Y. 2020) (explaining that when "pleading an LLC's citizenship, the identity and citizenship of each member has to be specifically alleged"). "This includes the citizenship of any members of the LLC that are themselves LLCs." *Price v. Hale Glob.*, No. 24 Civ. 2826 (JMF), 2024 WL 4555942, at *1 (S.D.N.Y. Oct. 23, 2024). It is insufficient to allege merely that "all of the LLC's members are citizens of a certain state. In these circumstances, all that a plaintiff has alleged are conclusions without the facts to support them."

*Flemming v. Port Auth. of N.Y. & N.J.*, No. 21 Civ. 1112 (BMC), 2021 WL 878558, at *1 (E.D.N.Y. Mar. 9, 2021) (citation modified).

The Complaint, however, fails to plead Defendant's citizenship because it does not identify the citizenship of Defendant's member(s).  It alleges only the location of Defendant's headquarters.  Complaint ¶ 36 (alleging that Defendant "maintains its headquarters" in New York).

In addition, Federal Rule of Civil Procedure 10 provides that "[t]he title of the complaint must name all the parties."  Fed. R. Civ. P. 10(a).  Accordingly, Plaintiff may not proceed pseudonymously unless he first seeks and receives permission from this Court to do so.  *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008).  He has not received such authorization.

No later than April 1, 2026, Plaintiff shall amend his Complaint to properly allege Defendant's citizenship, or the Court may *sua sponte* dismiss the action without prejudice.  If Plaintiff does not file a motion for leave to proceed anonymously by that date, he must file the amended complaint under his name, or the Court may dismiss the action without prejudice.

SO ORDERED.

Dated: March 25, 2026
      New York, New York
                  JOHN P. CRONAN
               United States District Judge