## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

       Plaintiff,

    v.

KROLL RESTRUCTURING
ADMINISTRATION LLC,

      Defendant.

Case No. 1:26-cv-2363- JPC

### NOTICE OF MOTION TO PROCEED UNDER PSEUDONYM

**PLEASE TAKE NOTICE** that, upon the grounds set for in the accompanying Memorandum of Law and Declaration of Jason L. Lichtman, Plaintiff John Doe respectfully seeks an Order from this Court for leave to proceed under pseudonym.

Following the Court's Order, ECF No. 8, Plaintiff asked for Defendant's position on his motion and Defendant stated that it planned to oppose.

Dated: April 1, 2026

Respectfully submitted,

*/s/ Jason L. Lichtman*

Jason L. Lichtman
Michael J. Miarmi
Sean A. Petterson
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Email: jlichtman@lchb.com
    mmiarmi@lchb.com
    spetterson@lchb.com

Annie M. Wanless (*pro hac vice* pending)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

-1-

Email: awanless@lchb.com
*Counsel for Plaintiff*

-2-

3454764.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was filed via CM/ECF and served upon Defendant's counsel, who have not yet entered electronic appearances, via email at the following addresses on April 1, 2026:

William Ridgeway, william.ridgway@skadden.com
Clare Lilek, clare.lilek@skadden.com
Michael Judah, michael.judah@skadden.com

/s/  Jason L. Lichtman
Jason L. Lichtman

-3-

3454764.1