**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>KROLL RESTRUCTURING<br>ADMINISTRATION LLC,<br><br>        Defendant. | Case No. 1:26-cv-2363-JPC<br><br><br>**DECLARATION OF JASON L. LICHTMAN**<br>**IN SUPPORT OF PLAINTIFF'S MOTION**<br>**TO PROCEED UNDER PSEUDONYM** |

3452547.2

I, Jason L. Lichtman, declare:

1.      I am a partner in the law firm of Lieff Cabraser Heimann & Bernstein, LLP, counsel for Plaintiff in the above-captioned case. I am a member of the State Bars of New York and Utah and am admitted to practice before this Court. I make this declaration based on my own personal knowledge unless otherwise indicated. If called upon, I could and would testify competently to the truth of the matters stated herein.

2.      Attached as **Exhibit A** is a true and correct copy of a Memorandum of Decision issued by the Southern District of New York Bankruptcy Court in *In re Genesis Global Holdco, LLC, et al.*, Case No. 23-10063 (SHL), Dkt. 581, on August 4, 2023.

3.      Attached as **Exhibit B** is a true and correct copy of an Order issued in *John Doe 1, John Doe 2, and Jane Doe 1 v. Kroll Restructuring Administration LLC*, W.D. Texas Case No. 1:25-cv-1319, Dkt. 21 on November 25, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 1, 2026 in Salt Lake City, Utah.

_____
  Jason L. Lichtman

-1-

3452547.2

-2-

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed via CM/ECF and served upon Defendant's counsel, who have not yet entered electronic appearances, via email at the following addresses on April 1, 2026:

William Ridgeway, william.ridgway@skadden.com
Clare Lilek, clare.lilek@skadden.com
Michael Judah, michael.judah@skadden.com

/s/ Jason L. Lichtman

Jason L. Lichtman

-2-

3452547.2