SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212.735.3717
DIRECT FAX
917.777.3717
EMAIL ADDRESS
LARA.FLATH@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

April 15, 2026

**VIA ECF AND EMAIL**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

        Re:    *John Doe v. Kroll Restructuring Administration LLC*,
               No. 1:26-cv-2363-JPC

Dear Judge Cronan:

We write pursuant to Rule 4(B)(ii) for Your Honor's Individual Rules and Practices regarding defendant Kroll Restructuring Administration LLC's ("KRA") forthcoming Opposition to Plaintiff's Motion to Proceed Under Pseudoynm. KRA requests that it be permitted to file: (1) a redacted version of its brief; (2) a redacted version of the attorney declaration filed in support of KRA's opposition; and (3) sealed versions of certain exhibits referenced therein. The scope of these proposed redactions and sealed filings is limited to material that reveals or tends to reveal Plaintiff's identity.

As set forth in its opposition, KRA does not agree that Plaintiff's identity meets the criteria for sealing but requests that the Court permit it to temporarily redact and seal its filings due to the nature of Plaintiff's motion and to allow Plaintiff's counsel the opportunity to file a letter explaining the need to redact KRA's filings and file

Honorable John P. Cronan
April 15, 2026
Page 2

certain exhibits under seal, as contemplated by Rule 4(B)(ii) of Your Honor's Individual Rules and Practices.

KRA thanks the Court for its time and consideration of this matter.

Respectfully submitted,

*/s/ Lara A. Flath*
Lara A. Flath

cc: Counsel of Record (via ECF)