UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOHN DOE,<br><br><p align="center">Plaintiff,</p><br>v.<br><br>KROLL RESTRUCTURING<br>ADMINISTRATION LLC,<br><br><p align="center">Defendant.</p> | Case No. 1:26-cv-2363-JPC |

<p align="center"><b><u>DECLARATION OF LARA A. FLATH</u></b></p>

I, Lara A. Flath, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant Kroll Restructuring Administration LLC in the above-captioned matter, and an attorney admitted to practice in this Court.

2.      I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion to Proceed under Pseudonym and to transmit true and correct copies of the following documents.

3.      Attached hereto as Exhibit A is a true and correct copy of the █████ ██████████████████████████████████████████████████ ███████████████████████████████████████ ██████████████████████████████.

4.      Attached hereto as Exhibit B is a true and correct copy of the █████ ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████ .

5.      Attached hereto as Exhibit C is a true and correct copy of the Amended Voluntary Petition for Bankruptcy filed by Genesis Global Holdco, LLC in connection with *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL), ECF 27 (Bankr. S.D.N.Y. Jan. 20, 2023).

6.      Attached hereto as Exhibit D is a true and correct copy of the ████████

████████████████████████████████████████████████████████████████

████████████████████████████████ .

7.      Attached hereto as Exhibit E is a true and correct copy of ████████

████████████████████████████████████████████████████████████████

████████████████████ .

8.      Attached hereto as Exhibit F is a true and correct copy of the ████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████ .

9.      Attached hereto as Exhibit G is a true and correct copy of ████████

████████████████████████████████████████████████████████████████

████████████ .

10.     Attached hereto as Exhibit H is a true and correct excerpt of a transcript for a hearing conducted on June 9, 2023 in connection with *In re FTX Trading Ltd.*, No. 22-11068 (JTD), ECF 1612 (Bankr. D. Del. June 12, 2023).

11.     Attached hereto as Exhibit I is a true and correct excerpt of a transcript from a hearing conducted on February 16, 2024 in connection with *In re Genesis Global Holdco LLC.*, No. 23-10063 (SHL), ECF 1348 (Bankr. S.D.N.Y. Feb. 21, 2024).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2026 in New York, New York.

By:*/s/ Lara A. Flath*
Lara A. Flath