SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

————

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212.735.3717
DIRECT FAX
917.777.3717
EMAIL ADDRESS
LARA.FLATH@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

*The request is granted. The Court strikes Docket Number 19. Defendant shall refile its submission with the appropriate exhibit descriptions. The Clerk of Court is respectfully directed to strike Docket Number 19 and to close Docket Number 25.*

*April 16, 2026*

*SO ORDERED.*
*April 17, 2026*
*New York, New York*

JOHN P. CRONAN
United States District Judge

**VIA ECF AND EMAIL**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

> Re: *John Doe v. Kroll Restructuring Administration LLC*, 1:26-cv-2363-JPC

Dear Judge Cronan:

We write in regards to the Declaration of Lara A. Flath filed April 15, 2026 in support of defendant Kroll Restructuring Administration LLC's ("KRA") Opposition to Plaintiff's Motion to Proceed Under Pseudonym (ECF 19). In that docket entry, the document names and case numbers associated with sealed Exhibits A, B, D, E, F, and G—which were redacted from the Opposition and Declaration out of an abundance of caution—were erroneously filed on the docket.

Pursuant to KRA's letter-motion to file its opposition, declaration, and certain exhibits under seal (ECF 17), we respectfully request that ECF 19 be stricken and that KRA be permitted to re-file with the appropriate exhibit descriptions.

Plaintiff consents to this requested relief.

Respectfully submitted,

*/s/ Lara A. Flath*
Lara A. Flath

cc: Counsel of Record (via ECF)