UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                          :

JOHN DOE,                        :

                Plaintiff,      :

                          :        26 Civ. 2363 (JPC)

       -v-                :

                          :          __ORDER__

KROLL RESTRUCTURING ADMINISTRATION,  :
LLC,                   :

             Defendant.    :

                          :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' pre-motion letters concerning Defendant's anticipated motion to dismiss.  Dkts. 37, 40.  Defendant shall file its motion by June 29, 2026, Plaintiff shall file its brief in opposition by July 29, 2026, and Defendant's reply, if any, is due August 19, 2026.

By June 5, 2026, the parties shall jointly submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

The Clerk of Court is respectfully directed to close Docket Number 37.

SO ORDERED.

Dated: June 1, 2026
      New York, New York                    JOHN P. CRONAN
                                 United States District Judge