UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

v.

KROLL RESTRUCTURING ADMINISTRATION LLC AND KROLL LLC,

Defendants.

Case No. 1:26-cv-2363-JPC

ORDER GRANTING LEAVE TO DEPOSE MALONE LAM, VEER CHETAL, AND JEANDIEL SERRANO

The Court, having considered Defendant Kroll Restructuring Administration LLC's Letter Motion for Leave to Depose Malone Lam, Veer Chetal, and Jeandiel Serrano, hereby GRANTS the Letter Motion. Defendant Kroll Restructuring Administration LLC is granted leave to take the depositions of Malone Lam, Veer Chetal, and Jeandiel Serrano, who are confined in federal custody, on such dates and times as counsel for Defendant will designate in Notices of Deposition. Nothing in this Order requires any witness to answer any question over a valid claim of privilege, and nothing in this Order modifies any order entered in the criminal proceedings against these witnesses.

The depositions shall take place before fact discovery closes on January 12, 2027.
The Clerk of Court is respectfully directed to close Docket Number 93.

SO ORDERED.

JOHN P. CRONAN
United States District Judge

Dated: November 9, 2026
New York, New York